# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

<u>Physicians Healthsource, Inc.</u>
        **Plaintiff**

v.          CIVIL ACTION NO. <u>12-11693-GAO</u>

<u>Multiplan Services, Corporation</u>
<u>and John Does 1 - 10</u>
        **Defendants**

## ORDER OF DISMISSAL

<u>O'Toole     D.J.</u>

In accordance with the Court's Opinion and Order (dkt. no. 38) dated 9/18/2013 granting the Defendant's Motion to Dismiss(dkt. no. 12) it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

<u>9/18/2013</u>          By the Court,
    Date

        <u>/s/Christopher Danieli</u>

        **Deputy Clerk**